IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AMERICA FINANCIAL CORP., | Case No. 8:08cv515 |
| Plaintiff, | |
| vs. | **ORDER** |
| RAYMOND J. LUCIA, SR., | |
| Defendant. | |

Upon notice of settlement given to the magistrate judge by Richard Jeffries, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **March 25, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for May 24, 2010 before the undersigned, is cancelled upon the representation that this case is settled.

Dated this 23rd day of February 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge